**Order entered September 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00033-CV

**CITY OF DALLAS, VINCENT GOLBECK, STEPHEN WORDEN, RAQUEL HERNANDEZ AND CARLA D. NEWSON, Appellants**

**V.**

**ROBERT GRODEN, Appellee**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-01521**

## ORDER

Appellee's September 9, 2015 unopposed motion to extend the time in which to respond to Appellants' motion to strike is **GRANTED**. Appellee's response is due on or before **September 28, 2015**.

/s/     ELIZABETH LANG-MIERS
PRESIDING JUSTICE